IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ALAN BROWN, | No. 4:22-CV-01155 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT RIVELLO, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 31st day of August 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 26) to dismiss or alternatively for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

    a. Defendants' Rule 56 motion is **GRANTED** as to Plaintiff's Section 1983 claims against defendants Sheeley, Stevens, and Singer.

    b. Defendants' motion is **DENIED** in all other respects.

2. Entry of judgment in accordance with paragraph one above shall be deferred pending resolution of Plaintiff's remaining Fourteenth Amendment medical indifference claim against defendant Hicks.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge